Richard Williams No.14888-014
FCI YAZOO CITY
P.O. BOX 5000
YAZOO CITY, MS 39194

Defendent

FILED

2008 MAR 31 P 3: 4:

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

CONNECTICUT DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD WILLIAMS,<br><br>    Defendant. | Case No. 3:02 CR28JBA<br><br>**3582 MOTION FOR REDUCTION IN SENTENCE** |

    Aggrieved person Defendant, Richard Williams, herewith reverentially moves, pursuant to 18 U.S.C § 3582 (c) (2), for an order reducing his sentence consistent with Amendment 705, and Supreme Court precedent.

Dated: March 25, 2008

*/s/ Richard Williams*
Richard Williams

Richard Williams No. 14888-014
FCI YAZOO CITY
P.O. BOX 5000
YAZOO CITY, MS 39194

Defendant

FILED

2008 MAR 31 P 3: 4:

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

CONNECTICUT DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:02 CR28JBA |
| Plaintiff, ) | |
| ) | **3582 MOTION FOR REDUCTION IN SENTENCE** |
| vs. ) | |
| RICHARD WILLIAMS ) | |
| Defendant, ) | |

   **PLEASE TAKE NOTICE** that on the 28 day of April 2008 at the hour of 10:00 a.m. or as soon thereafter as this matter can be heard in Connecticut District Court before the Honorable Janet Bond Arterton, aggrieved Defendant **Richard Williams**, will move this Court for an order reducing his sentence 27 months on the grounds that the United States Sentencing Commission has retroactively lowered his sentencing range.

   This motion is based on this document, Richard Williams's declaration in support hereof, the memorandum of points and authorities filed herewith on all documents and pleadings in this case, and all physical and spoken evidence that's presented at hearing time.

Dated: March 25, 2008

_Richard Williams_
Richard Williams

Richard Williams No. 14888-014
FCI YAZOO CITY
P.O. BOX 5000
YAZOO CITY, MS 39194

Defendant

FILED

2008 MAR 31 P 3:42

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURTS

CONNECTICUT DISTRICT COURTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD WILLIAMS, )<br>)<br>    Defendant, )<br>) | Case No. 3:02 CR28JBA<br><br>**DECLARATION OF RICHARD WILLIAMS**<br>**IN SUPPORT OF MOTION 3582** |

I the aggrieved person Richard Williams, herewith declares:

1. I am the aggrieved defendant in the case.

2. On May 28, 2003 I was convicted by guilty plea of a crack crime involving 1 count of 18 U.S.C § 841-960

3. Under former U.S.S.G. § 2D1.1 I was sentenced on May 28 to 120 months imprisonment.

4. The Sentencing Commission has retroactively amended § 2D1.1 lowering my sentencing range.

5. Thereon and controlling Supreme Court precedent I respectfully request a 27 month sentence reduction or be granted relief at the judges discretion.

I declare under penalty of perjury the foregoing is true and correct.

Dated: March 25, 2008

_Richard Williams_
Richard Williams Declarant

Ricahrd Williams No. 14888-014
FCI YAZOO CITY
P.O. BOX 5000
YAZOO CITY, MS 39194


Defendant


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:02 CR28JBA |
| Plaintiff, ) | **MEMORANDUM IN SUPPORT OF 3582 MOTION** |
| ) | **POINTS AND AUTHORITIES** |
| vs. ) | |
| RICHARD WILLIAMS, ) | |
| Defendant, ) | |

### STATEMENTS OF FACTS

Aggrieved person defendant was sentenced to 120 months using the former 2D1.1 Guideline which sentencing range has been retroactively lowered by the Sentencing Commission.

### ARGUMENT

Because defendant's pre-2007 2D1.1 sentence range has lowered (Amendment 705) retroactively (§1B1.10), this Court in sentencing should both " reduce his sentence 27 months using 3553(a) factors" (18 U.S.C. § 3582(c)(2) consistent with United States v. Hicks, 472 F.3d 1167 (9th Cir. 2007). I ask the judge to use her own discretion, and sentence the defendant to the low end of his guidelines.

### CONCLUSION

This motion should so therefore be granted.

Dated: March 25 2008

_Richard Williams_ (signature)
Richard Williams