UNITED STATES DISTRICT COURTS

CONNECTICUT DISTRICT COURT

FILED

2008 MAR 31 P 3:4[...]

U.S. DISTRICT COURT
NEW HAVEN, CT

RICHARD WILLIAMS  *

VS  *  CASE NO.3: 02CR28JBA

UNITED STATES OF  *
AMERICA
    *

===================

* MOTION TO PROCEED IN
FORMA PAUPERRIS
AND APPOINTMENT OF COUNSEL

---

Comes now, the petitioner **Richard Williams**, acting at this time on his own behalf and request that this Honorable Court to use its own discretion and **GRANT** him the relief and appoint counsel in this said matter.

petitioner Alleges:

1) petitioner was sentenced on the month of May 2003 for a crack offense.

2) petitioner believes that he may benefit from the retroactive application of the new crack sentencing guidelines to my case.

3) I am indigent and cannot afford to hire an attorney to represent me.

4) I am unschooled and untrained in the law.

5) I am not allowed to have my presentence report and have never received a supplemental presentence report applying the new crack guidelines to my case. I am unable to evaluate and/or dispute my eligibility in fact or in law.

6) I request the Court to appoint a lawyer to represent me for the purpose of seeking a reduction of my sentence based upon the retroactivety of the crack gkuidelines.

Respectfully Submitted
this 35 day of March 2008

Richard    Williams

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing was served upon the UNITED STATES CLERKS OFFICE, U.S COURTHOUSE & FEDERAL BUILDING 214 RICHARD C. LEE @ 141 CHURCH STREET NEW HAVEN, CT 06510

On this 25 day of March, 2008.

*Richard Williams*
Richard Williams