UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | :    **Criminal No: 3:02cr281 (JBA)** |
| **RICHARD WILLIAMS** | : |

**ENDORSEMENT ORDER**

Defendant's motion to proceed in forma pauperis and for appointment of counsel is GRANTED. The Court hereby appoints Sarah Merriam, Assistant Federal Defender.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **May 2, 2008**