UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : Case No. 3:02-CR-281 JBA |
| RICHARD WILLIAMS | : |

<u>ORDER TO SHOW CAUSE</u>

    The defendant has moved for reduction of sentence pursuant to Title 18 U.S.C. §§3582 (c)(2).

    The USPO reports that the defendant appears to be ineligible for a retroactive reduction in his sentence under 18 U.S.C. §3582(c)(2 in light to USSG 1B1.10, comment.(n.1(A)), because application of the amendment does not lower the applicable guideline range of the statutory mandatory minimum sentence of 120 months.

    The government has filed its memorandum in opposition to a reduction(Doc. #38)on the grounds that defendant was sentenced to a statutory mandatory minimum term of 120 months and the amendment does not alter or affect the statutory penalty.

    Accordingly, it is hereby ordered that the defendant file a memorandum on or before June 19, 2008, showing why he should not be found ineligible for the sentence reduction.

                                IT IS SO ORDERED:

                                _____/s/_____
                                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 3,2008