UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA        :      Case No. 3:02CR00281(JBA)
:
v.                              :
:
RICHARD WILLIAMS                :      June 12, 2008
:
---------------------------------------------------------x

**MOTION TO WITHDRAW**

Undersigned counsel, Sarah A. L. Merriam, respectfully requests leave to withdraw as counsel for Mr. Williams in connection with his request for a reduction in sentence under 18 U.S.C. § 3582(c)(2). In support of this motion, counsel states:

(1) Undersigned counsel was appointed by the Court on May 2, 2008, to represent Mr. Williams in connection with his motion for reduction of sentence under § 3582(c)(2) and the recent amendments to the Sentencing Guidelines for offenses involving crack cocaine.

(2) Undersigned counsel has reviewed Mr. Williams' file, researched his case, and offered advice and counsel to Mr. Williams by telephone and letter.

(3) On June 12, 2008, Mr. Williams informed undersigned counsel that he does not wish for the undersigned to continue as counsel in this matter, because he does not believe that the undersigned can or will adequately represent his interests. Mr. Williams requested that counsel move to withdraw, and indicated that he would continue to pursue his remedies <u>pro se</u>.

(4) Undersigned counsel has sent a copy of this motion to Mr. Williams.

Respectfully submitted,

The Defendant,
Richard Williams

Thomas G. Dennis
Federal Defender

Dated: June 12, 2008

_____/s/_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Sarah A. L. Merriam