UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
UNITED STATES OF AMERICA         :     Case No. 3:02CR00281(JBA)
                                 :
v.                               :
                                 :
RICHARD WILLIAMS                 :     June 25, 2008
------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

    The defendant, Richard Williams, through counsel, respectfully requests an extension of time within which to respond to the Order To Show Cause issued by the Court. [Doc. # 39] The defendant has recently informed counsel of his desire to proceed pro se in connection with his motion for a reduction in sentence, and the defendant requires additional time to prepare a response to the Court's Order. Accordingly, the defendant request that he be granted leave to file a response to the Court's Order To Show Cause on or before July 31, 2008.

    Undersigned counsel has sent a copy of this motion to Mr. Williams, and will also send a copy of the Court's order on this motion to Mr. Williams.

    Respectfully submitted,

    The Defendant,
    Richard Williams

    Thomas G. Dennis
    Federal Defender

Dated: June 25, 2008     _____/s/_____
    Sarah A. L. Merriam
    Assistant Federal Defender
    265 Church Street, Suite 702
    New Haven, CT   06510
    Bar No. ct25379
    Phone: 203-498-4200
    Fax: 203-498-4207
    Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 25, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  I hereby further certify that a copy of this motion has been sent to the defendant:
    Mr. Richard Williams, Reg. No. 14888-014
    FCI Yazoo City
    Federal Correctional Institution
    P.O. Box 5000
    Yazoo City, MS  39194



              /s/
              Sarah A. L. Merriam