Dated at New Haven, Connecticut: July 10, 2008