**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr281 (JBA) |
| **RICHARD WILLIAMS** | : |

**ENDORSEMENT ORDER**

    Defendant's motion to withdraw the appearance of Sarah A. Merriam is GRANTED. The Clerk is directed to change the status of the defendant to Pro Se and add his address to the CMECF system.

                          IT IS SO ORDERED.

                          _____/s/_____
                          Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 14, 2008